

FILED
SEP 13 2024
Heidi D. Campbell, Clerk
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTH DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| 1. **Randy Dulaney** | ) | |
| Plantiff, | ) | |
| | ) | |
| | ) | |
| vs. | ) | Case No: |
| | ) | 2 4 CV - 4 3 5 JFH - JFJ |
| 2. **Ozone Bicycle Company** | ) | |
| aka John Doe Bicycle Company | ) | Assigned Judge: |
| Defendant | ) | |
| | ) | |
| 3. **Kohlberg Kravis Roberts (KKR)** | ) | |
| aka Academy Sports | ) | |
| aka Academy Sports and Outdoors | ) | |
| Defendant | ) | |
| | ) | |
| 4. **Pacific Cycle Inc.** | ) | |
| aka Schwinn | ) | |
| aka Schwinn Bicycle Company | ) | |
| Defendant | ) | |

**COMPLAINT**

I.  STATEMENT OF FACTS

1.  Consistent with the Consumer Protection Act, the Ozone 500 bicycle, aka Fragment 29 inch adult bicycle, identifiable as to year and model, consistent with EXHIBIT A: has design flaws that should have prohibited and prohibit (its manufacture for) sale at Academy Sports throughout America.

2.     The rear wheel hub design, including it's weight bearing friction failure point, prevent the bicycle from being operational and constitutes a major design flaw which results in primary failure of the bicycle drive.

3.     The proprietary nature of most of the components of entire rear wheel assembly and rear tire contribute to the significance of this claim.

4.     This complaint was originally filed on March 11.  Actions have taken place since that time in both western and northern Oklahoma U.S. courts, including not receiving northern district directive timely to respond.   Plaintiff maintains to continue to have reserved those rights that would have been afforded at previous times.

5.     EXHIBIT A is attached and made part of this complaint.

## II.    SUMMARY

Plaintiff seeks all remedies, reimbursements, recall, and monetary awards available and allowed.

Respectfully submitted

*Randy Dulaney*
_____
Randy W. Dulaney
10162 E 28th St
Tulsa OK 74129
918-714-9896



```
ACADEMY @ ARLINGTON   817/375-3210

                          05/18/21  14:41
   458628 SALE       8953 0075 206

GELBASE SEAT PAD B / 107123967
  1 for $12.99                    12.99
Fragment 29 Adult / 122509737
  1 for $249.99                  249.99
METEOR 200 LIGHT S / 126609903
  1 for $14.99                    14.99
BALLISTIC 600 12mm / 107216805
  1 for $19.99                    19.99
             SUBTOTAL             297.96
   8.25% SALES TAX                 24.58
             TOTAL USD.           322.54

MID: XXXXXXXX5995
TID: XXXX2331
RRN: 067529
MASTERCARD                        322.54
XXXXXXXXXXXX8921
Chip Read
RANDY DULANEY         AUTH 066758
Mode: Issuer
AID: A0000000041010
```

**FOR ALL. FOR LESS.™**
Shop academy.com
facebook.com/academy

**How are we doing?**
Share feedback about your experience within 72 hours at:
**www.academyfeedback.com**
After completing the survey, enter for a chance to win a
$1,000 Academy gift card!
NO PURCHASE NECESSARY. Odds depend on entries received. Enter by month-end. For complete details and official rules, see www.academy.com/officialrules.
Disponible en Español



5/18/21   14:42



DATE SIGNED: _____



FRAGMENT 29" ADULT MTN BIKE
**249⁹⁹**
A0535850

# EXHIBIT A